UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MOUNTAINVIEW MANAGEMENT NJ LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PLUM RIDGE APARTMENTS, LLC, ) <br> ) <br> Defendant. ) | Case No. 4:23-cv-00126-TWP-KMB |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice.

It is therefore **ORDERED AND ADJUDGED** that said Motion is hereby **GRANTED** and this matter is hereby **DISMISSED** in its entirety, with Prejudice, with each Party to bear its own costs and attorneys' fees.

Date: 10/10/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Electronic Distribution to All Counsel of Record

1